cuit Court of Appeals for the Sixth Circuit denied. *Mr. Edward C. O'Rear* for petitioner. No appearance for respondent.

---

No. 906. COOPER GROCERY COMPANY, PETITIONER, *v.* G. H. PENLAND, TRUSTEE, ETC. April 1, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. B. Y. Cummings* for petitioner. *Mr. Charles A. Boynton* and *Mr. James D. Williamson* for respondent.

---

No. 908. MARYLAND CASUALTY COMPANY, PETITIONER, *v.* FIRST NATIONAL BANK OF MONTGOMERY, ALA. April 1, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William C. Prentiss, Mr. Walter L. Clark* and *Mr. F. S. Ball* for petitioner. *Mr. Horace Stringfellow, Mr. B. P. Crum* and *Mr. Leon Weil* for respondent.

---

No. 915. COMPANIA PALOMAS DE TERRENOS Y GANADOS ET AL., PETITIONERS, *v.* SIGMUND LINDAUER ET AL. April 1, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James R. Garfield, Mr. D. J. Cable* and *Mr. Francis C. Wilson* for petitioners. *Mr. Walter D. Hawk, Mr. Samuel S. Holmes, Mr. A. B. Renehan* and *Mr. Charles A. Douglas* for respondents.

---

No. 916. THOMAS J. EVANS, SOLE SURVIVING RECEIVER, ETC., PETITIONER, *v.* NATIONAL BANK OF SAVANNAH. April 15, 1918. Petition for a writ of certiorari to the